No. 73–275. ALABAMA GREAT SOUTHERN RAILROAD CO. ET AL. v. LOUISIANA;

No. 73–335. ILLINOIS CENTRAL RAILROAD CO., NOW ILLINOIS CENTRAL GULF RAILROAD v. LOUISIANA;

No. 73–340. SOUTHERN PACIFIC TRANSPORTATION CO. v. LOUISIANA;

No. 73–341. TEXAS PACIFIC-MISSOURI PACIFIC TERMINAL RAILROAD OF NEW ORLEANS v. LOUISIANA; and

No. 73–342. LOUISIANA & ARKANSAS RAILWAY CO. v. LOUISIANA, *ante,* p. 991. Motion of Association of

1148

American Railroads for leave to file a brief as *amicus curiae* in support of petition for rehearing in No. 73–275 granted. Petitions for rehearing denied. MR. JUSTICE POWELL took no part in the consideration or decision of this motion and these petitions.